

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2017

Via ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

      Re:    *United States* v. *Christopher Perez*, S1 15 Cr. 551 (AJN)

Dear Judge Nathan:

      The Government respectfully requests that the Court enter the proposed restitution order that is attached to this letter as Exhibit A.  The defendant consents to the entry of the proposed order.  The schedule of victims will be separately filed with the Court under seal.

      Respectfully submitted,

      JOON H. KIM
      United States Attorney

By:    /s/ Matthew Laroche
      Matthew Laroche
      Assistant United States Attorney
      (212) 637-2420

cc:    Louis Fasulo, Esq. (by ECF)