UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :
     -v.-                         :   ORDER OF
                                  :   RESTITUTION
CHRISTOPHER PEREZ,                :
                                  :   15 Cr. 551 (AJN)
                                  :
          Defendant.              :
                                  :
- - - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by its attorney, Joon H. Kim, Acting United States Attorney for the Southern District of New York, Matthew Laroche, Assistant United States Attorney, of counsel; CHRISTOPHER PEREZ's conviction on Count Two of Information S1 15 Cr. 551 (AJN); and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** CHRISTOPHER PEREZ, the Defendant, shall pay restitution in the total amount of $32,300.00 to the victims of the offense referenced above. The name, address, and specific amount owed to the victims are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:     New York, New York
             December __, 2017

THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK