| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA<br><br>-against-<br><br>CHRISTOPHER PEREZ,<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: <u>7/23/2021</u><br><br>14 Cr. 468-15 (AT)<br><br>15 Cr. 551-3 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

The status conference scheduled for July 28, 2021, is ADJOURNED to **September 13, 2021**, at **9:30 a.m.**, at which time the parties will appear for an in-person proceeding for the purposes of hearing pleas and sentencing Defendant for violations of supervised release in each of the above-captioned cases.  Defendant's submissions will be due by **August 20, 2021**.  The Government may make a submission by **September 6, 2021**.

Co-counsel, members of the press, and the public may access the audio feed of the proceeding by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827.  All of those accessing the conference, whether in listen-only mode or otherwise, are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: July 23, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge